OPINION — AG — ** BIDDING REQUIREMENTS ** THE BIDDING REQUIREMENTS OF THE OKLAHOMA CENTRAL PURCHASING ACT, 74 O.S. 1974 Supp., 85.1 [74-85.1] DO NOT APPLY TO SUBGRANT CONTRACTS ENTERED INTO BY THE DEPARTMENT OF ECONOMIC AND COMMUNITY AFFAIRS PURSUANT TO FEDERAL FUNDING UNDER THE FEDERAL COMPREHENSIVE EMPLOYMENT AND TRAINING ACT OF 1974 CITE: 74 O.S. 1971 85.12 [74-85.12], 74 O.S. 1971 85.2 [74-85.2](3) (MIKE D. MARTIN)